UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
ST. LOUIS, MISSOURI

| | |
|---|---|
| STATE OF MISSOURI, ex rel. CATHERINE L. HANAWAY, ATTORNEY GENERAL OF MISSOURI, and DAVE MARSHAK, | ) |
| *Plaintiffs*, | ) |
| -vs- | ) No. 4:26-cv-01430 |
| BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, et al., | ) |
| *Defendants*, | ) |

**ENTRY OF APPEARANCE**

Principal Deputy Solicitor General William J. Seidleck enters his appearance on behalf of Plaintiffs.

Dated: September 9, 2026

*/s/ William J. Seidleck*
William J. Seidleck
*Principal Deputy Solicitor General*
Office of Missouri Attorney General
815 Olive Street, Suite #200
St. Louis, Missouri 63101
(573) 301-5359
William.Seidleck@ago.mo.gov

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2026, the foregoing Entry of Appearance was filed electronically using the Court's electronic filing system, which sends notification to all counsel of record.

/s/ *William J. Seidleck*